**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| RIGHT STEPS LLC and ALALA LLC on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE SERVICES, INC., OPTUM INSIGHT, CHANGE HEALTHCARE INC., CHANGE HEALTHCARE OPERATIONS, LLC, CHANGE HEALTHCARE SOLUTIONS, LLC, CHANGE HEALTHCARE HOLDINGS, INC., CHANGE HEALTHCARE TECHNOLOGIES, LLC, CHANGE HEALTHCARE PHARMACY SOLUTIONS, INC., OPTUM, INC., OPTUM FINANCIAL, INC., OPTUM BANK<br><br>*Defendants*. | Civil Action No. 3:26-2256-CMC |

## NOTICE OF REMOVAL

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., and Optum Bank, Inc. ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the South Carolian Court of Common Pleas for the Fifth Judicial Circuit, to the United States District Court for the District of South Carolina. As its reasons for removal, Defendants state:

## BACKGROUND

1. By Summons and Complaint, Plaintiffs, Right Steps LLC and ALALA LLC, ("Plaintiffs") commenced a civil action against Defendants in the South Carolina Court of Common Pleas for the Fifth Judicial Circuit titled *Right Steps LLC, et al. v. UnitedHealth Group Inc., et al.*, filed on May 20, 2026 (the "State Court Action"). A true and accurate copy of the Summons and Complaint that Plaintiff caused to be served upon Defendants is attached as **Exhibit A** and constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[1]

2. Defendants waived service of the Summons and Complaint in the State Court Action on June 5, 2026. The instant Notice of Removal is being filed within thirty (30) days of the service date. 28 U.S.C. § 1446(b).

3. Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

## DIVERSITY JURISDICTION

4. This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under both "traditional" diversity (28 U.S.C. § 1332(a)) and diversity under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

[1] The Complaint relates to a cyberattack suffered by certain Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

**<u>28 U.S.C. § 1332(a)</u>**

5. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

6. Plaintiff Right Steps LLC ("Right Steps") alleges it is an occupational, speech, and physical therapy practice located and registered in Rock Hill, South Carolina. Compl. ¶ 270. Plaintiff Right Steps is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of all of its members. *Cent. W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011). According to the South Carolina Secretary of State's Office, Right Steps is a domestic limited liability company organized on February 21, 2014 with an address in Rock Hill, South Carolina. Additionally, Counsel for Plaintiffs have stated and represented to Counsel for Defendants that for purposes of diversity jurisdiction, Plaintiff Right Steps and all of its members are citizens of South Carolina. Accordingly, Plaintiff Right Steps is a citizen of South Carolina for purposes of assessing jurisdiction under 28 U.S.C. § 1332(a).

7. Plaintiff Alala LLC alleges it is a medical equipment company located and registered in Columbia, South Carolina. Compl. ¶ 278. Plaintiff Alala LLC is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of all its members. *Cent. W. Va. Energy Co.*, 636 F.3d at 103. According to the South Carolina Secretary of State's Office, Alala LLC is a domestic limited liability company organized on February 9, 2006 with an address in Columbia, South Carolina. Additionally, Counsel for Plaintiffs have stated and represented to Counsel for Defendants that for purposes of diversity jurisdiction, Plaintiff Alala and all of its members, are citizens of South Carolina. Accordingly, Plaintiff Alala LLC is a citizen of South Carolina for purposes of assessing jurisdiction under 28 U.S.C. § 1332(a).

8. Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

9. Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

10. Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

11. Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

12. Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

13. Defendant Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

14. Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

15. Defendant Optum Financial, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum Financial, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

16. Defendant Optum Bank, Inc. is a corporation formed under the laws of Utah and its principal place of business is in Utah. Accordingly, Defendant Optum Bank, Inc. is a citizen of Utah for purposes of diversity jurisdiction.

17. Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The citizenship of a limited liability company is determined by its members. *Cent. W. Va. Energy Co.*, 636 F.3d at 103. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

18. Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

19. Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

20. Because Plaintiffs are citizens of South Carolina and Defendants are citizens of Delaware, Maine, Minnesota, and Utah, complete diversity exists between Plaintiffs and Defendants.

21. Although the Complaint does not specify the precise amount of damages sought, the preponderance of the evidence shows that the amount in controversy exceeds $75,000.

22. The Complaint alleges that Plaintiff Right Steps was unable to submit claims and receive payment for its medical care to patients, which disrupted Right Steps business. Compl. ¶ 272. Plaintiff Right Steps further alleges it suffered monetary losses such as rejected and/or delayed payments for medical care and spent significant time and resources investigating the network outage and alternative methods to receive payment for medical care. Compl. ¶ 273. Plaintiff Right Steps alleges it was forced to participate in the Defendants Temporary Funding Assistance Program (“TFAP”) and received an advance of $224,000 to address the impacts from the cyberattack. Compl. ¶ 276.

23. Plaintiff Alala LLC alleges it was unable to timely submit claims and receive payment for its medical care to patients, which disrupted Alala LLC's business. Compl. ¶ 280. Plaintiff Alala LLC further alleges it suffered monetary losses via rejected and/or delayed payments for medical care. Compl. ¶ 281. Plaintiff Alala LLC alleges it spent significant time and resources investigating the network outage and alternative methods to receive payment for medical care. Compl. ¶ 282. Plaintiff Alala LLC allegedly was forced to participate in the TFAP and received an advance of $22,600. Compl. ¶ 283. Plaintiff Alala LLC alleges it was forced to borrow $35,000 from her family to pay business expenses stemming from the cyberattack. Compl. ¶ 284.

24. Additionally, Plaintiffs seek trebled and/or punitive or exemplary damages. Compl., Request for Relief.

25. Therefore, Defendants assert in good faith that the amount in controversy exceeds $75,000 in value. *See* 28 U.S.C. § 1446(c)(2).

**<u>28 U.S.C. § 1332(d)</u>**

26. This Court also has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the class (Plaintiff) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

27. As stated above, Plaintiffs are citizens of South Carolina, while Defendants are citizens of Delaware, Minnesota, Utah, and Maine. Thus, at least minimum diversity exists.

28. The Complaint alleges that Defendants' Change Platform "is connected to more than 800,000 providers" and "involved in one in every three patient records." Compl ¶ 290. Since

Plaintiffs seek to represent a nationwide class of providers, Compl. ¶ 286, the number of members of the proposed class is greater than 100.

29. Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "providers did not timely receive *billions* of dollars in earned reimbursements." Compl. ¶ 5. Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

30. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a) and (d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

**RESERVATION OF RIGHTS AND DEFENSES**

31. Defendants reserve any and all defenses, including, but not limited to, those under Federal Rule of Civil Procedure 12, and do not waive said defenses by the filing of the Notice of Removal.

32. Defendants do not admit any of the allegations in Plaintiffs' Complaint, and do not concede that Plaintiff is entitled to any relief.

33. Defendants reserve the right to amend or supplement the Notice of Removal as necessary.

**<u>REMOVAL TO THIS DISTRICT IS PROPER</u>**

34. This Notice of Removal is being filed in the District of South Carolina, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. § 1446(a).

35. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the District of South Carolina.

Dated: June 8, 2026

Respectfully submitted,

/s/Kyle R. Hair
Kyle R. Hair
SC Bar No. 104655
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel: (704) 444-1167
kyle.hair@alston.com

*Counsel for Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., and Optum Bank, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to the following parties:

Amy L.B. Hill, SC Bar No.: 68541
Dixie N. McCollum, SC Bar No.: 106795
Terry E. Richardson, SC Bar No. 4721
Richardson Thomas, LLC
1513 Hampton Street
Columbia, South Carolina 29201
T: 803-281-8150
F: 803-632-8263
amy@richardsonthomas.com
dixie@richardsonthomas.com
terry@richardsonthomas.com

and

David M. Berger (*pro hac vice forthcoming*)
Gibbs Mura LLP
1111 Broadway, Ste. 2100
Oakland, CA 94607
T: 510-350-9700
dmb@classlawgroup.com

Dated: June 8, 2026

*/s* Kyle R. Hair
Kyle R. Hair
SC Bar No. 104655
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel: (704) 444-1167
kyle.hair@alston.com